UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| INCARCERATED ENTERTAINMENT, LLC., a Florida Limited Liability Corporation, and EFRAIM DIVEROLI, an individual, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.:  18-cv-21991 SCOLA |
| v. | ) ) | |
| MATTHEW BEVAN COX, an individual, | ) | |
| Defendant. | | |

_____

| | |
|---|---|
| MATTHEW BEVAN COX, an individual, | ) ) ) |
| Counter-Plaintiff, | ) ) |
| v. | ) ) ) |
| INCARCERATED ENTERTAINMENT, LLC., a Florida Limited Liability Corporation; EFRAIM DIVEROLI, an individual; WARNER BROS. PICTURES, a division of WB STUDIO ENTERPRISES, INC.; and the ESTATE OF ROSS REBACK, | ) ) ) ) ) ) ) ) |
| Counter-Defendants. | |

_____

## <u>COUNTER-DEFENDANT WARNER'S MOTION FOR CLARIFICATION OF ORDER DATED JULY 18, 2018</u>

Counter-defendant Warner Bros. Pictures ("Warner"), by and through its undersigned counsel, moves for clarification of the Order entered on July 18, 2018.  The grounds for this motion are set forth in the following memorandum.

## MEMORANDUM OF LAW

1.      On May 18, 2018, plaintiffs Incarcerated Entertainment, LLC and Efraim Diveroli (collectively, "IE") filed this action against Cox.  Dkt. 1.

2.      On June 25, 2018, Cox filed his answer to IE's complaint.  Dkt. 6.  That same day, Cox separately filed his counterclaims against IE, Dkt. 7, including a counter-complaint alleging four causes of action against Warner, *id.* ¶¶ 247-76.

3.      Warner believed its deadline to respond or otherwise file its responsive pleading to Cox's claims against it was July 17, 2018 (21 days from June 26, 2018).  Cox's deadline to file an amended complaint against Warner would also have been July 17, 2018.

4.      On July 13, 2018, Warner filed a Consent Motion that Cox should be permitted until October 1, 2018 to file an amended counter-complaint against it.  (Dkt. 9).[1]  That agreement was intended to conserve judicial resources, as Warner otherwise intended to move to strike or dismiss Cox's complaint.  Indeed, Cox and Warner agreed to the extension after the parties met and conferred about Warner's intention to file a motion to strike Cox's complaint on the grounds that the complaint fails to put forth "simple, concise, and direct" allegations against Warner as required by Rule 8(d)(1).  The necessary corollary of that motion was that the time for Warner to respond to Cox's claims against it would be extended until such time as Cox served an amended counter-complaint.

5.      In its Order dated July 18, 2018, the Court stated that it believed that the claims against Warner may not have properly been asserted in this case, and ordered Cox to show cause by August 8, 2018 how they were properly raised.  The Court further ordered "counter-defendants" to file their response to Cox's counterclaims on or before July 27, 2018.

---

[1] On July 16, 2018, Warner filed a corrected motion.  (Dkt. 10.)

1

6.      Warner believes, but is uncertain, that the reference to a response by "counter-defendants" refers only to IE and Diveroli (who are parties to the original complaint) and not to Warner.

7.      Cognizant of the Court's busy schedule, Warner seeks clarification that the July 18 Order does not require it to respond to Cox's claims against it by July 27, 2018.

8.      The extension will not affect any trial court deadlines or prejudice any party.

WHEREFORE, Warner respectfully requests that this Court clarify its July 18 Order that Warner does not need to respond to the "counterclaim" on July 27, 2018.

## LOCAL RULE 7.1(A) CERTIFICATION

Pursuant to Local Rule 7.1, Warner will confer with Cox (who is incarcerated, which delays communications with him) regarding the relief sought in this motion and will file an updated certificate of conference.

Dated:  July 19, 2018                                          Respectfully submitted,

By: /s/ Matt Kline

Matt Kline, Esq. (*pro hac vice forthcoming*)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: 310-246-6840
Fax: 310-246-6779
mkline@omm.com

and

/s/ Mary Ruth Houston
Mary Ruth Houston, Esq.
Florida Bar No.: 834440
SHUTTS & BOWEN, LLP
300 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Telephone: (407) 423-3200

2

Fax: (407) 425-8316
mhouston@shutts.com

*Attorneys for Counter-Defendant Warner Bros. Pictures*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 19, 2018, I caused to be served a copy of the foregoing document upon all counsel of record via the CM/ECF system for the United States District Court for the Southern District of Florida.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Matthew B. Cox
Register No. 40171-018
Federal Correctional Complex Coleman-Low
P.O. Box 1031
Coleman, Florida 33521

/s/ Mary Ruth Houston
Mary Ruth Houston, Esq.
Florida Bar No.: 834440
SHUTTS & BOWEN, LLP
300 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Telephone: (407) 423-3200
Fax: (407) 425-8316
mhouston@shutts.com

ORLDOCS 16272250 2