United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Incarcerated Entertainment, LLC, and Efraim Diveroli, Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 18-21991-Civ-Scola |
| Matthew Bevan Cox, Defendant/ Counter-Plaintiff | ) ) ) |

## Final Judgment

The Court has granted summary judgment. (Order, ECF No. 111.) The Court now enters judgment in favor of the Plaintiffs Incarcerated Entertainment, LLC ("IE") and Efraim Diveroli and against Defendant Matthew Bevan Cox, as required by Federal Rule of Civil Procedure 58. Accordingly, it is **ORDERED AND ADJUDGED** as follows.

The Court grants the Plaintiffs' request for declaratory judgment in Count I and declares the following:

a. The exclusive controlling document between IE and Cox is the April 8, 2013 Work-For-Hire Co-Author Agreement (the "Agreement"), and under this Agreement, IE exclusively owns any copyright associated with the Book. Cox has no right, title, or interest of any kind or nature whatsoever in the Book or right to receive any compensation whatsoever except as provided in the Agreement. The Agreement has valid consideration. Diveroli agreed to pay Cox $500 upfront. In exchange, Cox would be entitled to: (1) Ten percent (10%) of gross royalties actually received directly by Subject/Author [Diveroli] or any business or corporation set up to receive income from the sale, license, or disposition of the Work [IE]; and (2) Five percent (5%) of gross royalties actually received directly by Subject/Author [Diveroli] or any business or corporation set up to receive income for the sale, license or disposition of any derivatives and/or ancillary products developed from the Work. Cox has no other legal entitlement related to the intellectual property or other property of IE and/or Diveroli.
b. As the prevailing parties in this lawsuit, IE and Warner are entitled to an award of costs under Federal Rule of Civil Procedure 54(d).

The Court directs the Clerk to **close** this case.

**Done and ordered** at Miami, Florida, on October 2, 2019.

_____
Robert N. Scola, Jr.
United States District Judge